*Eastern Dist.*
*March,* 1840.

CARMAN ET AL.
*vs.*
ANDERSON,
TUNSTALL & CO.

APPEAL FROM THE PARISH COURT OF NEW-ORLEANS.

Where it is shown that the proceeds of certain cotton has been passed to the credit of the intervenors on the books of the defendants, the cotton will be liable to the attaching creditors of the latter.

The plaintiffs instituted suit against Anderson, Tunstall & Co., as endorsers of a note for one thousand four hundred and two dollars and ninety-one cents, and attached a quantity of cotton in the hands of Wm. Bogart, in New-Orleans.

Anderson & Johnson, residing in Mississippi, intervened, claiming to be the owners of twenty-six bales of the cotton attached.

The evidence showed, that Anderson & Johnson both, had running accounts with the defendants; and that the twenty-six bales of cotton now claimed, had been delivered to the defendants, and the amount or proceeds passed to the credit of the intervenors respectively, so as to vest the cotton absolutely in the defendants. There was judgment dismissing their petition of intervention, and they appealed.

*Peyton* and *T. N. Peirce*, for the appellants.

*Lockett* and *Micou*, contra.

*Morphy, J.*, delivered the opinion of the court.

This is an attachment case, in which a devolutive appeal has been taken by the intervenors. They complain that their intervention was improperly dismissed. They had claimed some cotton attached in the hands of W. Bogart, as belonging to the defendants. We have examined the evidence given in support of their claim, and nothing in it satisfies us that the judge below has not decided correctly.

It is, therefore, ordered, that the judgment of the court below be affirmed, with costs.